EASTERN DIST.
*January*, 1832.

CASON
*vs.*
CHANEY.

Where the case turns entirely on matters of fact, the verdict of a jury will not be disturbed unless manifestly wrong.

======

## CASON *vs.* CHANEY.

APPEAL FROM THE COURT OF PROBATES FOR THE PARISH OF
EAST BATON ROUGE.

Where the matter in dispute does not exceed three hundred dollars, the appeal will be dismissed.

In this case, *Lawrence*, for the appellee, moved to dismiss the appeal, for want of jurisdiction in the court, it not appearing that the amount in dispute exceeded the sum of three hundred dollars: Whereupon, such being the fact,

*Porter, J.* delivered the opinion of the court.

A motion has been made to dismiss the appeal in this case for want of jurisdiction and it must prevail. The record in no part shows the amount in dispute to be equal to three hundred dollars. There is no evidence whatever in regard to the value of the estate. See *Code of Practice*, 1050.

It is, therefore, ordered, adjudged and decreed, that the appeal be dismissed with costs.